No. 98–7618. SHEARIN *v.* JARMAN ET AL. C. A. D. C. Cir. Certiorari denied.

No. 98–7619. SHIRLEY *v.* OHIO. C. A. 6th Cir. Certiorari denied.

No. 98–7620. FRYE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 98–7621. MALLOY *v.* JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–7623. LLOYD *v.* MARSHALL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–7626. COLLIER *v.* CITY OF CHICOPEE ET AL. C. A. 1st Cir. Certiorari denied.

No. 98–7628. OCHOA *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 98–7634. MITCHELL *v.* PRICE, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–7638. RAWLINS *v.* COURT OF APPEALS OF ARIZONA, DIVISION ONE. Sup. Ct. Ariz. Certiorari denied.

No. 98–7640. WILSON *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 98–7641. SIMS *v.* UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT. C. A. 2d Cir. Certiorari denied.

No. 98–7642. SOLIS *v.* PARKER ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–7644. WALKER *v.* ROGERS ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–7645. WOLFE *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 98–7646. THOMPSON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–7647. THOMAS *v.* SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.